**Order entered July 1, 2019**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01521-CV

**AETNA LIFE INSURANCE COMPANY AND AETNA HEALTH INC., Appellants**

**V.**

**KINDRED HOSPITALS LIMITED PARTNERSHIP D/B/A KINDREND HOSPITAL HOUSTON MEDICAL CENTER, Appellees**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-13831**

## ORDER

We **REINSTATE** this appeal which we first abated on March 12, 2019 to allow the parties an opportunity to mediate. At the time, appellee's brief was due to be filed.

Before the Court is the parties' June 26, 2019 joint status report and motion to continue abatement. The parties inform the Court they have settled their dispute, but request the abatement be continued until September 6, 2019 to allow them time to finalize the agreement.

We **GRANT** the motion to continue and **ORDER** either a motion to dismiss the appeal or appellees' brief be filed no later than September 6, 2019.

We again **ABATE** the appeal. The appeal will be reinstated no later than September 9, 2019.

/s/     KEN MOLBERG
JUSTICE